# Exhibit 12

(Carbon One SC 2000Z Claim Chart re 528 Patent)

# Infringement Chart for U.S. Patent No. 11,515,528 Against Carbon One CI-SC(2000)

Carbon One CI-SC(2000) silicon-carbon anode product, which is also referred to by Carbon One as SC 2000Z, is manufactured by Carbon One and their affiliates. As discussed in the Complaint, Carbon One CI-SC(2000) has been imported into the United States. As set forth below, Carbon One CI-SC(2000) infringes, literally and/or under the doctrine of equivalents, the claims of U.S. Patent No. 11,515,528 (the "'528 Patent").

The following chart applies independent claim 1 of the '528 Patent to Carbon One CI-SC(2000). Plaintiffs' investigation is ongoing, and Plaintiffs expect additional evidence of infringement will be located with the benefit of discovery.

<table>
<tr><th>Claims</th><th>Carbon One CI-SC(2000)</th></tr>
<tr><td>1[pre] A composite particle, comprising:</td><td>Carbon One CI-SC(2000) is a composite particle manufactured by Carbon One and their affiliates.<br>
</td></tr>
</table>

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | *See* Exhibit 23.<br><br>The specifications of Carbon One CI-SC(2000) are noted as follows: |

CONE 碳一 Home About Us Products Innovation Sustainable News Contact EN

## Product Technical Specifications

| C1-SC(2000) | 粒径 (Particle Size) D50 | 碳含量 (Carbon Content) | 比表面积 (SSA) | 比容量 (Specific Capacity) | 首次库伦效率 (ICE) |
|---|---|---|---|---|---|
| 单位 Unit | μm | % | m²/g | mAh/g | % |
| 规格 Specification | 7.5±1.0 | 48.0±2.0 | 3.0±2.0 | 2000±50@1.5V | ≥91.0 |

*See* Exhibit 23.

Samples of Carbon One CI-SC(2000) were imported from China. A photograph of the packaged samples is shown below.

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br>*See* Exhibit 2.<br><br>A product inspection report of the anode material SC 2000Z, provided by Carbon One, is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | |

CONE 碳一
DEFINE THE FUTURE

碳一新能源集团有限责任公司
产品检验报告单
**Product inspection Report**

| 产品名称 Product Name | 产品型号 Product Model | 产品批号 Lot no. |
|---|---|---|
| 硅碳 | SC 2000Z | SC-251128-1 |
| 检验日期 Inspection Date | 检验标准 Inspection Standard | 重量 Weight |
| 2025.11.28 | National Standards GB/T 24533-2019 | 300 kg |

理化性能检测结果
Phy sio-chemical Properties Test Results

| 检测项目 Test Item | | 单位 Unit | 检测值 Test Result | 检测方法或设备 Test equipment or method |
|---|---|---|---|---|
| 粒度 Granularity | D10 | μm | 5.43 | 马尔文 Malvin MS3000 |
| | D50 | μm | 8.15 | |
| | D90 | μm | 11.9 | |
| 比表面积 Specific surface area | SSA | m²/g | 0.98 | 麦克 Micromeritics TriStar II 3020 Version 3.02 |
| 电阻率 Resistivity | RT | Ω-cm | 7.9 | 粉末电阻测试仪 ST2722-SZ |
| 硅含量 Silicon content | / | % | 52.14 | NETZSCH STA 449F5 |
| 电性能 Electrical performance | 0.1C 首次充电克容量 | mAh/g | 2037 | 扣电 Button Cell CR2016 (0.1C to 1.5v) |
| | 0.1C 首次效率 | % | 91.89 | |
| | 0.1C 首次充电克容量 | mAh/g | 1844 | 扣电 Button Cell CR2016 (0.1C to 0.8v) |
| | 0.1C 首次效率 | % | 83.17 | |

| | | | | | |
|---|---|---|---|---|---|
| 结论 Conclusion | | 合格，准予发货 Qualified and allowed for delivery. | | | |
| 检验 Checkout | 李建 | 审核 Examine | 周圣禹 | 批准 Ratify | 蒋飞 |

*See* Exhibit 2.

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | This anode material was analyzed using Scanning Electron Microscopy (SEM)[1], Scanning Transmission Electron Microscopy (STEM)[2] and Energy Dispersive X-ray Spectroscopy (EDX)[3], as depicted below.<br><br>A cross-sectional SEM image of a sample of this anode material is shown below.<br><br> |

[1] All SEM images referenced in this claim chart can be found in Exhibit 24, which is a collection of SEM images of Carbon One CI-SC(2000).
[2] All STEM images and analysis results referenced in this claim chart can be found in Exhibit 25, which is a collection of STEM images and analysis results of Carbon One CI-SC(2000).
[3] All EDX images and analysis results referenced in this claim chart can be found in Exhibit 26, which is a collection of EDX images and analysis results of Carbon One CI-SC(2000).

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | *See* Exhibit 24.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis shows material composition of Carbon One SC 2000Z.<br><br><br><br>*See* Exhibit 26.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br>*See* Exhibit 26.<br>A composite EDX mapping of this cross-sectioned region is shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | <br><br><br>*See* Exhibit 26.<br><br>SEM-EDX analysis of this anode material shows the presence of composite particles, specifically, composite Si-C particles, for each of the Selected Areas (1 through 12). |

<table>
<tr><th>Claims</th><th>Carbon One CI-SC(2000)</th></tr>
<tr><td></td><td>

<br><br>*See* Exhibit 26.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above.</td></tr>
</table>

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | |

| Selected Area | C wt. % | O wt. % | Si wt. % | Description |
|---|---|---|---|---|
| 1 | 53.5 | 2.3 | 44.2 | Composite particle |
| 2 | 69.3 | 1.5 | 29.1 | Composite particle |
| 3 | 57.4 | 4.6 | 38.0 | Composite particle |
| 4 | 86.0 | 0.8 | 13.2 | Composite particle (lower Si) |
| 5 | 87.2 | 1.5 | 11.3 | Composite particle (lower Si) |
| 6 | 63.6 | 3.6 | 32.7 | Composite particle |
| 7 | 87.3 | 2.3 | 10.4 | Composite particle (lower Si) |
| 8 | 95.1 | 1.0 | 3.9 | Composite particle (lower Si) |
| 9 | 64.3 | 2.8 | 32.8 | Composite particle |
| 10 | 57.3 | 2.6 | 40.1 | Composite particle |
| 11 | 77.0 | 2.2 | 20.6 | Composite particle |
| 12 | 75.1 | 2.3 | 22.6 | Composite particle |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | *See* Exhibit 26.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(2000) comprises a composite particle. |
| 1[a] an electrically-conductive matrix having a three-dimensional structure comprising pores; and | Carbon One CI-SC(2000) includes an electrically-conductive matrix having a three-dimensional structure comprising pores.<br><br>SEM-EDX analysis of this anode material was carried out in each of the Selected Areas of the anode particles identified in the image below. |

<table>
<tr><th>Claims</th><th>Carbon One CI-SC(2000)</th></tr>
<tr><td></td><td>

<br><br>See Exhibit 26.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above.</td></tr>
</table>

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | (table below) |

| Selected Area | C wt. % | O wt. % | Si wt. % | Description |
|---|---|---|---|---|
| 1 | 53.5 | 2.3 | 44.2 | Composite particle |
| 2 | 69.3 | 1.5 | 29.1 | Composite particle |
| 3 | 57.4 | 4.6 | 38.0 | Composite particle |
| 4 | 86.0 | 0.8 | 13.2 | Composite particle (lower Si) |
| 5 | 87.2 | 1.5 | 11.3 | Composite particle (lower Si) |
| 6 | 63.6 | 3.6 | 32.7 | Composite particle |
| 7 | 87.3 | 2.3 | 10.4 | Composite particle (lower Si) |
| 8 | 95.1 | 1.0 | 3.9 | Composite particle (lower Si) |
| 9 | 64.3 | 2.8 | 32.8 | Composite particle |
| 10 | 57.3 | 2.6 | 40.1 | Composite particle |
| 11 | 77.0 | 2.2 | 20.6 | Composite particle |
| 12 | 75.1 | 2.3 | 22.6 | Composite particle |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | *See* Exhibit 26.<br><br>The analysis above shows that this anode material comprises composite particles comprising C, Si, and O. The C mass fraction is estimated to range from about 54 to about 95 wt. %. The C is distributed throughout the three-dimensional composite particle and forms a matrix having a three-dimensional structure. The carbon-comprising matrix is highly porous before silicon is deposited therein.<br><br>The carbon-comprising matrix is electrically conductive at least because carbon is an electrically conductive material. *See* ’528 Patent (Exhibit 7) at 5:37-40.<br><br>Accordingly, each of the composite particles (e.g., corresponding to Selected Areas 1-12) illustrated below comprises an electrically-conductive matrix having a three-dimensional structure. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br>*See* Exhibit 26.<br><br>Cross-sectional SEM images of a sample of this anode material, at increasing magnifications, are shown below. |

<table>
<tr><th>Claims</th><th>Carbon One CI-SC(2000)</th></tr>
<tr><td></td><td>
</td></tr>
</table>

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| |  |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| |  |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br><br>*See* Exhibit 24.<br><br>Some pores are visible in the cross-sectional SEM images of the three-dimensional structure.<br><br>Accordingly, Carbon One CI-SC(2000) comprises a composite particle comprising an electrically-conductive matrix having a three-dimensional structure comprising pores. |
| 1[b] a plurality of silicon nanoparticles at least partially disposed within the electrically-conductive matrix, wherein: | Carbon One CI-SC(2000) includes a plurality of silicon nanoparticles at least partially disposed within the electrically-conductive matrix.<br><br>A cross-sectional SEM image of a sample of this anode material is shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | <br><br>*See* Exhibit 26.<br><br>Each of the Selected Areas 1-12 corresponds to a Si-C composite particle. *See also* claim elements 1[pre] and 1[a].<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in this cross-sectioned region, and the Si mapping is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br>*See* Exhibit 26.<br><br>The Si EDX mapping shows that the Si is distributed throughout the interior of the Si-C composite particles in the field of view.<br><br>The C mapping of this cross-sectioned region is shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  <br><br>*See* Exhibit 26.<br><br>Accordingly, the Si is at least partially disposed within the composite particles.<br><br>A focused ion beam (FIB) cross-sectioning method was employed to cut a lamella from a Si-C composite particle. A front view of the entire lamella imaged using scanning transmission electron microscopy (STEM) is shown below. A region where TEM-EDX (TEM-EDS) analysis was carried out is marked with an orange rectangle. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  <br><br>*See* Exhibits 25 and 26.<br><br>TEM-EDX (TEM-EDS) was carried out in this marked region, and the Si mapping is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br>*See* Exhibit 26.<br><br>The C mapping of the marked region is shown below. |

<table>
<tr><th>Claims</th><th>Carbon One CI-SC(2000)</th></tr>
<tr><td></td><td>




See Exhibit 26.

From the SEM-EDX map illustrated previously, it is known that silicon is distributed throughout the interior of the Si-C composite particles. Accordingly, the Si and the C are distributed throughout the Si-C composite particles on a sub-50 nm scale.

Accordingly, the manufacturing process used by the Carbon One Respondent includes producing a composite Si-C particle comprising one or more internal Si particles distributed throughout the matrix.

Further, Carbon One manufacture the Si-C composite particles by chemical vapor deposition of silicon nanoparticles into porous carbon particles.
</td></tr>
</table>

<table>
<tr><th>Claims</th><th>Carbon One CI-SC(2000)</th></tr>
<tr><td></td><td>



See Exhibit 22.

The porous carbon particles that are employed in silicon deposition include micropores (< 2nm) and mesopores (2-50 nm). When silicon is deposited in the pores, the size of the silicon is constrained by the size of the pores.

Accordingly, Carbon One CI-SC(2000) comprises a composite particle comprising a plurality of silicon nanoparticles at least partially disposed within the electrically-conductive matrix.</td></tr>
<tr><td>1[c] a content of silicon in the composite particle is in a range of 15 wt. % to 90 wt. %;</td><td>Carbon One CI-SC(2000) has a content of silicon in the composite particle in a range of 15 wt. % to 90 wt. %.</td></tr>
</table>

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | SEM-EDX analysis of this anode material shows the presence of composite Si-C particles for each of the Selected Areas (1-12).<br><br>*See* Exhibit 26.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | (see nested table below) |

| Selected Area | C wt. % | O wt. % | Si wt. % | Description |
|---|---|---|---|---|
| 1 | 53.5 | 2.3 | 44.2 | Composite particle |
| 2 | 69.3 | 1.5 | 29.1 | Composite particle |
| 3 | 57.4 | 4.6 | 38.0 | Composite particle |
| 4 | 86.0 | 0.8 | 13.2 | Composite particle (lower Si) |
| 5 | 87.2 | 1.5 | 11.3 | Composite particle (lower Si) |
| 6 | 63.6 | 3.6 | 32.7 | Composite particle |
| 7 | 87.3 | 2.3 | 10.4 | Composite particle (lower Si) |
| 8 | 95.1 | 1.0 | 3.9 | Composite particle (lower Si) |
| 9 | 64.3 | 2.8 | 32.8 | Composite particle |
| 10 | 57.3 | 2.6 | 40.1 | Composite particle |
| 11 | 77.0 | 2.2 | 20.6 | Composite particle |
| 12 | 75.1 | 2.3 | 22.6 | Composite particle |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | *See* Exhibit 26.<br><br>As illustrated in the table above, the Si mass fraction ranges from about 20 wt. % to about 44 wt. % for the composite particles corresponding to Selected Areas 1-3, 6, and 9-12, and thus the Si comprises 15 to 90 wt. % of the composite particle.<br><br>Accordingly, Carbon One CI-SC(2000) comprises a composite particle wherein the content of silicon in the composite particle is in a range of 15 wt. % to 90 wt. %. |
| 1[d] the pores comprise pores with widths in a range of 1 nm to 100 nm; and | Carbon One CI-SC(2000) has pores with widths in a range of 1 nm to 100 nm.<br><br>The following cross-sectional SEM image shows the presence of pores in the three-dimensional structure. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br><br>*See* Exhibit 24.<br><br>The visible nanopores are smaller than 100 nm (scale bar of the foregoing image is 300 nm). At least some of the nanopores are larger than 1 nm.<br><br>*See also* claim elements 1[a] and [b].<br><br>Accordingly, Carbon One CI-SC(2000) comprises an electrically-conductive matrix having a three-dimensional structure comprising pores wherein the pores comprise pores with widths in a range of 1 nm to 100 nm. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| 1[e] the pores define a pore volume that is different from a volume that is occupied by the plurality of silicon nanoparticles. | Carbon One CI-SC(2000) has pores that define a pore volume that is different from a volume that is occupied by the plurality of silicon nanoparticles.<br><br>Pore volume in the composite particle found in Carbon One CI-SC(2000) is visible in the cross-sectional SEM images of composite particles (*see* above with respect to claim elements 1[a], [b] and [d]). As such, the pores necessarily define a pore volume that is different from the volume occupied by the plurality of silicon nanoparticles.<br><br>Accordingly, the composite particle found in Carbon One CI-SC(2000) comprises an electrically-conductive matrix having a three-dimensional structure comprising pores wherein the pores define a pore volume that is different from a volume that is occupied by the plurality of silicon nanoparticles. |