# Exhibit 13

(Carbon One SC 1800Z Claim Chart re 825 Patent)

**Infringement Chart for U.S. Patent No. 11,715,825 Against**
**Carbon One CI-SC(1800)**

Carbon One CI-SC(1800) silicon-carbon anode product, which is also referred to by Carbon One as SC 1800Z, is manufactured by Carbon One and their affiliates.  As discussed in the Complaint, Carbon One CI-SC(1800) has been imported into the United States.  As set forth below, Carbon One CI-SC(1800) infringes, literally and/or under the doctrine of equivalents, the claims of U.S. Patent No. 11,715,825 (the "'825 Patent").

The following chart applies independent claim 1 of the '825 Patent to Carbon One CI-SC(1800).  Plaintiffs' investigation is ongoing, and Plaintiffs expect additional evidence of infringement will be located with the benefit of discovery .

| Claims | Carbon One CI-SC(1800) |
|---|---|
| 1[pre] A method of manufacture, comprising: | Carbon One CI-SC(1800) is manufactured by Carbon One and their affiliates using a method of manufacture.<br><br> |

Exhibit 13 – Page 1

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | *See* Exhibit 19.<br><br>The specifications of Carbon One CI-SC(1800) are noted as follows:<br><br><br><br>*See* Exhibit 19.<br><br>Samples of Carbon One CI-SC(1800) (i.e., SC 1800Z) were imported from China.  A photograph of the packaged samples is shown below. |

Exhibit 13 – Page 2

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |  |

*See* Exhibit 2.

A product inspection report of Carbon One CI-SC(1800), provided by Carbon One, is shown below.

Exhibit 13 – Page 3

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | CꞏONE 碳一 |

DEFINE THE FUTURE

**碳一新能源集团有限责任公司**
**产品检验报告单**
**Product inspection Report**

| 产品名称<br>Product Name | 产品型号<br>Product Model | 产品批号<br>Lot no. |
|---|---|---|
| 硅碳 | SC 1800Z | SC-251110-1 |
| 检验日期<br>Inspection Date | 检验标准<br>Inspection Standard | 重量<br>Weight |
| 2025.11.10 | National Standards<br>GB/T 24533-2019 | 200 kg |

理化性能检测结果
Physio-chemical Properties Test Results

| 检测项目<br>Test Item | | 单位<br>Unit | 检测值<br>Test Result | 检测方法或设备<br>Test equipment or method |
|---|---|---|---|---|
| 粒度<br>Granularity | D10 | $\mu$m | 5.42 | 马尔文 Malvin MS3000 |
| | D50 | $\mu$m | 8.22 | |
| | D90 | $\mu$m | 12.2 | |
| 比表面积<br>Specific surface area | SSA | m²/g | 1.09 | 麦克 Micromeritics TriStar II 3020 Version 3.02 |
| 电阻率<br>Resistivity | RT | $\Omega$-cm | 5.42 | 粉末电阻测试仪 ST2722-SZ |
| 硅含量<br>Silicon content | / | % | 47.06 | NETZSCH STA 449F5 |
| 电性能<br>Electrical performance | 0.1C 首次充电克容量 | mAh/g | 1832 | 扣电 Button Cell CR2016 (0.1C to 1.5v) |
| | 0.1C 首次效率 | % | 90.69 | |
| | 0.1C 首次充电克容量 | mAh/g | 1637 | 扣电 Button Cell CR2016 (0.1C to 0.8v) |
| | 0.1C 首次效率 | % | 81.06 | |
| 结论 Conclusion | | 合格，准予发货 Qualified and allowed for delivery. | | |
| 检验 Checkout | 李建 | 审核<br>Examine | 周圣禹 | 批准<br>Ratify 蒋飞 |

*See* Exhibit 2.

Exhibit 13 – Page 4

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | Carbon One CI-SC(1800) was analyzed using Scanning Electron Microscopy (SEM)[1], Scanning Transmission Electron Microscopy (STEM)[2] and Energy Dispersive X-ray Spectroscopy (EDX)[3], as depicted below.<br><br>Top-down SEM images of Carbon One CI-SC(1800), at increasing magnifications, are shown below.<br><br> |

[1] All SEM images referenced in this claim chart can be found in Exhibit 20, which is a collection of SEM images of Carbon One CI-SC(1800).

[2] All STEM images and analysis results referenced in this claim chart can be found in Exhibit 21, which is a collection of STEM images and analysis results of Carbon One CI-SC(1800).

[3] All EDX images and analysis results referenced in this claim chart can be found in Exhibit 22, which is a collection of EDX images and analysis results of Carbon One CI-SC(1800).

Exhibit 13 – Page 5

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | |

Exhibit 13 – Page 6

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | *See* Exhibit 20. A cross-sectional SEM image of Carbon One CI-SC(1800) is shown below. |

Exhibit 13 – Page 7

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | <br><br>*See* Exhibit 20.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis shows material composition of Carbon One SC 1800Z. |

Exhibit 13 – Page 8

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |

*See* Exhibit 22.

Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below. |

Exhibit 13 – Page 9

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | *See* Exhibit 22. A composite EDX mapping of this cross-sectioned region is shown below. |

Exhibit 13 – Page 10

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>SEM-EDX analysis of Carbon One CI-SC(1800) shows the presence of composite Si-C particles for each of the selected areas (1 through 12). |

Exhibit 13 – Page 11

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above. |

Exhibit 13 – Page 12

| Claims | Carbon One CI-SC(1800) | | | |
|---|---|---|---|---|
| | Selected Area | C wt. % | O wt. % | Si wt. % | Description |
| | 1 | 71.1 | 3.6 | 25.2 | Composite particle |
| | 2 | 67.2 | 2.6 | 30.1 | Composite particle |
| | 3 | 61.9 | 1.8 | 36.2 | Composite particle |
| | 4 | 65.8 | 2.9 | 31.1 | Composite particle |
| | 5 | 75.5 | 0.7 | 23.8 | Composite particle |
| | 6 | 80.2 | 0.5 | 19.1 | Composite particle |
| | 7 | 74.0 | 1.0 | 25.1 | Composite particle |
| | 8 | 71.5 | 0.8 | 27.4 | Composite particle |
| | 9 | 54.3 | 2.8 | 43.0 | Composite particle |
| | 10 | 50.0 | 3.1 | 46.8 | Composite particle |
| | 11 | 71.1 | 2.0 | 26.8 | Composite particle |
| | 12 | 67.9 | 0.7 | 31.4 | Composite particle |

Exhibit 13 – Page 13

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | *See* Exhibit 22.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(1800) is made using a method of manufacture. |
| 1[a] producing a composite Si-C particle comprising one or more internal Si nanoparticles, | A method of manufacture of Carbon One CI-SC(1800) includes producing a composite Si-C particle comprising one or more internal Si nanoparticles.<br><br>A cross-sectional SEM image of Carbon One CI-SC(1800) is shown below. |

Exhibit 13 – Page 14

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | |

See Exhibit 22.

Each of the Selected Areas 1 through 12 is in a Si-C composite particle. *See also* claim element 1[pre].

Accordingly, the manufacturing process used by Carbon One includes producing a composite Si-C particle.

Exhibit 13 – Page 15

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in this cross-sectioned region, and the Si mapping is below.<br><br><br><br>*See* Exhibit 22.<br><br>The Si EDX mapping shows that the Si is distributed throughout the interior of the Si-C composite particles (*e.g.*, Selected Areas 1 through 12).<br><br>The C mapping of this cross-sectioned region is below. |

Exhibit 13 – Page 16

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>A focused ion beam (FIB) cross-sectioning method was employed to cut a lamella from a Si-C composite particle.  A front view of the entire lamella imaged using scanning transmission electron microscopy (STEM) is shown below.  A region where TEM-EDX (TEM-EDS) analysis was carried out is marked with an orange rectangle. |

Exhibit 13 – Page 17

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibits 21 and 22.<br><br>TEM-EDX (TEM-EDS) was carried out in this marked region, and the Si mapping is shown below. |

Exhibit 13 – Page 18

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>The C mapping of the marked region is shown below. |

Exhibit 13 – Page 19

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |

*See* Exhibit 22.

From the SEM-EDX map illustrated previously, it is known that silicon is distributed throughout the interior of the Si-C composite particles.  Accordingly, the Si and the C are distributed throughout the Si-C composite particles on a sub-50 nm scale.

Accordingly, the manufacturing process used by Carbon One includes producing a composite Si-C particle comprising one or more internal Si particles distributed throughout the matrix.

Further, Carbon One manufactures the Si-C composite particles by chemical vapor deposition of silicon nanoparticles into porous carbon particles: |

Exhibit 13 – Page 20

| Claims | Carbon One CI-SC(1800) |
|--------|------------------------|
|        | <br><br>*See* Exhibit 19.<br><br>On information and belief, activated carbon particles are employed as the substrates for silicon deposition by Carbon One.<br><br>The porous carbon particles that are employed in silicon deposition include micropores (< 2nm) and mesopores (2-50 nm).  When silicon is deposited in the pores, the size of the silicon is constrained by the size of the pores.  Accordingly, the Si-C composite particles have internal Si nanoparticles.<br><br>Accordingly, the manufacturing method used by Carbon One comprises producing a composite Si—C particle comprising one or more internal Si nanoparticles. |

Exhibit 13 – Page 21

| Claims | Carbon One CI-SC(1800) |
|---|---|
| 1[b] wherein the one or more internal Si nanoparticles are deposited from a gaseous material comprising Si and H, and | A method of manufacture of Carbon One CI-SC(1800) includes the one or more internal Si nanoparticles being deposited from a gaseous material comprising Si and H.<br><br>Carbon One employs a chemical vapor deposition (CVD) process to make Carbon One CI-SC(1800).<br><br>In the CVD process, a porous carbon-comprising particle acts as a substrate for infiltration of a silane or a chlorosilane ("gaseous material comprising Si and H").  The silicon is deposited into the pores, including the internal pores, of the porous carbon-comprising particle.  The internal pores comprise interior surfaces on which the silicon is deposited in the form of silicon nanoparticles.<br><br>It is well known in the industry that all silane gases that would be used for this CVD process comprise Si and H.<br><br>*See also*, claim element 1[a].<br><br>Accordingly, the manufacturing method used by Carbon One comprises a process in which, on information and belief, the one or more internal Si nanoparticles are deposited from a gaseous material comprising Si and H. |
| 1[c] wherein the one or more internal Si nanoparticles comprise 15 wt. % to 90 wt. % of the composite Si—C particle. | A method of manufacture of Carbon One CI-SC(1800) includes the one or more internal Si nanoparticles comprising 15 wt. % to 90 wt. % of the composite Si—C particle.<br><br>SEM-EDX analysis of Carbon One CI-SC(1800) shows the presence of composite Si-C particles as set forth in the image below. |

Exhibit 13 – Page 22

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | *See* Exhibit 22.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above. |

Exhibit 13 – Page 23

| Claims | Carbon One CI-SC(1800) | | | |
|---|---|---|---|---|
| | Selected Area | C wt. % | O wt. % | Si wt. % | Description |
| | 1 | 71.1 | 3.6 | 25.2 | Composite particle |
| | 2 | 67.2 | 2.6 | 30.1 | Composite particle |
| | 3 | 61.9 | 1.8 | 36.2 | Composite particle |
| | 4 | 65.8 | 2.9 | 31.1 | Composite particle |
| | 5 | 75.5 | 0.7 | 23.8 | Composite particle |
| | 6 | 80.2 | 0.5 | 19.1 | Composite particle |
| | 7 | 74.0 | 1.0 | 25.1 | Composite particle |
| | 8 | 71.5 | 0.8 | 27.4 | Composite particle |
| | 9 | 54.3 | 2.8 | 43.0 | Composite particle |
| | 10 | 50.0 | 3.1 | 46.8 | Composite particle |
| | 11 | 71.1 | 2.0 | 26.8 | Composite particle |
| | 12 | 67.9 | 0.7 | 31.4 | Composite particle |

Exhibit 13 – Page 24

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | *See* Exhibit 22.<br><br>As illustrated in the table above, the mass fraction of the internal silicon ranges from about 19 wt. % to about 47 wt.% for the composite particles corresponding to Selected Areas 1-12, and thus the internal silicon nanoparticles comprise 15 to 90 wt. % of the composite particle.<br><br>Accordingly, the manufacturing method used by Carbon One comprises a process by which the one or more internal Si nanoparticles are deposited such that they comprise 15 wt. % to 90 wt. % of the composite Si—C particle. |

Exhibit 13 – Page 25