# Exhibit 15

(Carbon One SC 1800Z Claim Chart re 215 Patent)

# Infringement Chart for U.S. Patent No. 11,374,215 Against Carbon One CI-SC(1800)

Carbon One CI-SC(1800) silicon-carbon anode product, which is also referred to by Carbon One as SC 1800Z, is manufactured by Carbon One and their affiliates. As discussed in the Complaint, Carbon One CI-SC(1800) has been imported into the United States. As set forth below, Carbon One CI-SC(1800) infringes, literally and/or under the doctrine of equivalents, the claims of U.S. Patent No. 11,374,215 (the "'215 Patent").

The following chart applies independent claims 1 and 14 of the '215 Patent to Carbon One CI-SC(1800). Sila's investigation is ongoing, and Sila expect additional evidence of infringement will be located with the benefit of discovery.

| Claims | Carbon One CI-SC(1800) |
|---|---|
| 1[pre] A battery anode electrode composition, comprising: | Carbon One CI-SC(1800) is a battery anode electrode composition manufactured by Carbon One and their affiliates.<br><br>Carbon One CI-SC(1800) is a silicon carbon anode material "resulting in excellent performance of silicon carbon batteries." |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |  <br><br>*See* Exhibit 19.<br><br>The specifications of Carbon One CI-SC(1800) are noted as follows. |

| Claims | Carbon One CI-SC(1800) |
|---|---|




**Product Technical Specifications**

| C1-SC-(1800) | 粒径 (Particle Size) D50 | 碳含量 (Carbon Content) | 比表面积 (SSA) | 比容量 (Specific Capacity) | 首次库伦效率 (ICE) |
|---|---|---|---|---|---|
| 单位 Unit | μm | % | $m^2/g$ | mAh/g | % |
| 规格 Specification | 7.5±1.0 | 50.0±2.0 | 3.0±2.0 | 1875±75@1.5V | ⩾92.0 |

*See* Exhibit 19.

Samples of Carbon One CI-SC(1800) (i.e., SC 1800Z) were imported from China. A photograph of the packaged samples is shown below.

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | <br><br>*See* Exhibit 2.<br><br>A product inspection report of Carbon One CI-SC(1800), provided by Carbon One, is shown below. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | (report reproduced below) |

C ONE 碳一

DEFINE THE FUTURE

碳一新能源集团有限责任公司

产品检验报告单

**Product inspection Report**

| 产品名称<br>Product Name | 产品型号<br>Product Model | 产品批号<br>Lot no. |
|---|---|---|
| 硅碳 | SC 1800Z | SC-251110-1 |
| 检验日期<br>Inspection Date | 检验标准<br>Inspection Standard | 重量<br>Weight |
| 2025.11.10 | National Standards<br>GB/T 24533-2019 | 200 kg |

| 理化性能检测结果<br>Physio-chemical Properties Test Results | | | | |
|---|---|---|---|---|
| 检测项目<br>Test Item | | 单位<br>Unit | 检测值<br>Test Result | 检测方法或设备<br>Test equipment or method |
| 粒度<br>Granularity | D10 | μm | 5.42 | 马尔文 Malvin MS3000 |
| | D50 | μm | 8.22 | |
| | D90 | μm | 12.2 | |
| 比表面积<br>Specific surface area | SSA | m²/g | 1.09 | 麦克 Micromeritics TriStar II 3020 Version 3.02 |
| 电阻率<br>Resistivity | RT | Ω-cm | 5.42 | 粉末电阻测试仪<br>ST2722-SZ |
| 硅含量<br>Silicon content | / | % | 47.06 | NETZSCH STA 449F5 |
| 电性能<br>Electrical performance | 0.1C 首次充电克容量 | mAh/g | 1832 | 扣电 Button Cell CR2016<br>(0.1C to 1.5v) |
| | 0.1C 首次效率 | % | 90.69 | |
| | 0.1C 首次充电克容量 | mAh/g | 1637 | 扣电 Button Cell CR2016<br>(0.1C to 0.8v) |
| | 0.1C 首次效率 | % | 81.06 | |
| | | | | |
| 结论 Conclusion | 合格，准予发货 Qualified and allowed for delivery. | | | |

| 检验 Checkout | 李建 | 审核<br>Examine | 周圣禹 | 批准<br>Ratify | 蒋飞 |
|---|---|---|---|---|---|

碳一新能源集团有限责任公司 出货专用章

*See* Exhibit 2.

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | As noted above, Carbon One CI-SC(1800) is a silicon-carbon anode material. It is well known that anode materials are for use in battery electrodes (*i.e.*, anodes) and thus are battery anode electrode compositions.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(1800) is a battery anode electrode composition. |
| 1[a] a composite particle, comprising: | Carbon One CI-SC(1800) includes a composite particle.<br><br>Sila conducted several tests and analyses of the anode material referenced above to determine its properties.<br><br>This anode material was analyzed using Scanning Electron Microscopy (SEM)[1], Scanning Transmission Electron Microscopy (STEM)[2] and Energy Dispersive X-ray Spectroscopy (EDX)[3], as depicted below.<br><br>A cross-sectional SEM image of Carbon One CI-SC(1800) is shown below. |

[1] All SEM images referenced in this claim chart can be found in Exhibit 20, which is a collection of SEM images of Carbon One CI-SC(1800).
[2] All STEM images and analysis results referenced in this claim chart can be found in Exhibit 21, which is a collection of STEM images and analysis results of Carbon One CI-SC(1800).
[3] All EDX images and analysis results referenced in this claim chart can be found in Exhibit 22, which is a collection of EDX images and analysis results of Carbon One CI-SC(1800).

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | 2/27/2026 3:42:23 PM det T2 WD 2.0201 mm HV 1.00 kV curr 6.3 pA HFW 50.0 µm mag 2 540 x 10 µm<br><br>*See* Exhibit 20.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis shows material composition of Carbon One SC 1800Z. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |  <br><br>*See* Exhibit 22.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below. |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | Area 1 - Live Map 1 ROI1 \| Field of View<br>10 um Mag:4144 WD : 4<br><br>*See* Exhibit 22.<br><br>A composite EDX mapping of this cross-sectioned region is shown below. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | Area 1 - Live Map 1 ROI1 Overlay on Image<br>C K<br>O K<br>NaK<br>AlK<br>SiK<br>P K<br>10 um<br>Mag:4144 WD : 4<br><br>*See* Exhibit 22.<br><br>SEM-EDX analysis of this anode material shows the presence of composite particles, specifically composite Si-C particles, for each of the selected areas (1 through 12). |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | Area 1<br>Mag:4144 WD : 4<br><br>*See* Exhibit 22.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | (see table below) |

| Selected Area | C wt. % | O wt. % | Si wt. % | Description |
|---|---|---|---|---|
| 1 | 71.1 | 3.6 | 25.2 | Composite particle |
| 2 | 67.2 | 2.6 | 30.1 | Composite particle |
| 3 | 61.9 | 1.8 | 36.2 | Composite particle |
| 4 | 65.8 | 2.9 | 31.1 | Composite particle |
| 5 | 75.5 | 0.7 | 23.8 | Composite particle |
| 6 | 80.2 | 0.5 | 19.1 | Composite particle |
| 7 | 74.0 | 1.0 | 25.1 | Composite particle |
| 8 | 71.5 | 0.8 | 27.4 | Composite particle |
| 9 | 54.3 | 2.8 | 43.0 | Composite particle |
| 10 | 50.0 | 3.1 | 46.8 | Composite particle |
| 11 | 71.1 | 2.0 | 26.8 | Composite particle |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | 12 \| 67.9 \| 0.7 \| 31.4 \| Composite particle<br><br>*See* Exhibit 22.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(1800) is a battery anode electrode composition comprising a composite particle. |
| 1[b] Si-comprising active material that is electrochemically reactive with metal ions during battery operation; and | Carbon One CI-SC(1800) includes Si-comprising active material that is electrochemically reactive with metal ions during battery operation.<br><br>As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of the anode material shows the presence of composite Si-C particles comprising Si, C, and O. The Si mass fraction is estimated to range from approximately 19 wt. % to approximately 47 wt. %.<br><br>Si is an active material that is electrochemically reactive with lithium (metal) ions during the operation of a lithium-ion battery. *See* '215 Patent (Exhibit 9) at 5:6-18; 5:51-53 and 10:30-35.<br><br>Accordingly, Carbon One CI-SC(1800) is a battery anode electrode composition comprising a composite particle comprising a Si-comprising active material that is electrochemically reactive with metal ions during battery operation. |
| 1[c] a porous scaffolding matrix comprising a monolithic particle within which the Si-comprising active material is at least partially disposed, | Carbon One CI-SC(1800) includes a porous scaffolding matrix comprising a monolithic particle within which the Si-comprising active material is at least partially disposed.<br><br>As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of the anode material shows the presence of composite Si-C particles comprising Si, C, and O. The C mass fraction is estimated to range from approximately 50 wt. % to approximately 80 wt. %. The Si mass |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | fraction (as estimated by SEM-EDX) of the Si-C composite particles ranges from approximately 19 wt. % to approximately 47 wt. %. This Si is the active material.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below.<br><br>Area 1<br>10 um Mag:4144 WD : 4<br><br>*See* Exhibit 22. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | Each of the Selected Areas 1-12 corresponds to a Si-C composite particle. *See also* claim element 1[a].<br><br>The Si EDX mapping for this cross-sectioned region is shown below.<br><br>Area 1 - Live Map 1 ROI1 \| SiK_ROI (51)<br>51 36 24 12 0<br>10 um Mag:4144 WD : 4<br><br>*See* Exhibit 22.<br><br>The Si EDX mapping shows that the Si is distributed throughout the interior of the composite particles.<br><br>The C mapping of this cross-sectioned region is below. |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | Area 1 - Live Map 1 ROI1 \| C K_ROI (64)<br>64 48 32 16 0<br>10 um Mag:4144 WD : 4<br><br>*See* Exhibit 22.<br><br>The C is distributed throughout the composite particles and forms the scaffolding matrix. *See* '215 Patent (Exhibit 9) at 6:17-33; 6:44-45; and 7:6-53.<br><br>Carbon One discloses that Carbon One CI-SC(1800) comprises a product that "uses porous carbon materials as the framework structure, combined with vapor deposition technology, to form nano-sub-nano sized silicon particles." |

| Claims | Carbon One CI-SC(1800) |
|---|---|




*See* Exhibit 19.

Accordingly, the scaffolding matrix is a porous scaffolding matrix.

A focused ion beam (FIB) cross-sectioning method was employed to cut a lamella from a Si-C composite particle. A front view of the entire lamella imaged using scanning transmission electron microscopy (STEM) is shown below. A region where TEM-EDX (TEM-EDS) analysis was carried out is marked with an orange rectangle.

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | EDS region<br>5 μm<br><br>*See* Exhibits 21 and 22.<br><br>TEM-EDX (TEM-EDS) was carried out in this marked region, and the Si mapping is shown below. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | Si K<br>50 nm<br>85 357<br><br>*See* Exhibit 22.<br><br>The C mapping of the marked region is shown below. |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | C K 50 nm 5 62<br><br>*See* Exhibit 22.<br><br>From the SEM-EDX map illustrated previously, it is known that silicon is distributed throughout the interior of the Si-C composite particles. Accordingly, the Si and the C are distributed throughout the Si-C composite particles on a sub-50 nm scale, and the Si-comprising active material is at least partially disposed in the scaffolding matrix.<br><br>Top-down SEM images of Carbon One CI-SC(1800), at increasing magnifications, were taken by representatives of Sila and are shown below. |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br>*See* Exhibit 20.<br><br>Cross-sectional SEM images of Carbon One CI-SC(1800), at increasing magnifications, were taken by representatives of Sila and are shown below. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | 2/27/2026 3:36:24 PM det T2 WD 2.0204 mm HV 1.00 kV curr 6.3 pA HFW 25.0 µm mag 5 080 x 5 µm |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | *See* Exhibit 20.<br><br>Based on the observed exterior shapes and the observed dense and homogeneous interior structure, on information and belief, each scaffolding matrix is a monolithic particle.<br><br>Accordingly, Carbon One CI-SC(1800) is a battery anode electrode composition comprising a composite particle comprising a porous scaffolding matrix comprising a monolithic particle within which the Si-comprising active material is at least partially disposed. |
| 1[d] wherein the porous scaffolding matrix electrically interconnects the Si-comprising active material. | Carbon One CI-SC(1800) includes the porous scaffolding matrix that electrically interconnects the Si-comprising active material. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of the anode material shows the presence of composite Si-C particles comprising Si, C, and O. The C mass fraction is estimated to range from approximately 50 wt. % to approximately 80 wt. %.<br><br>The C is distributed throughout the composite particles and forms the scaffolding matrix. *See* ’215 Patent (Exhibit 9) at 6:17-33; 6:44-45; and 7:6-53.<br><br>The carbon-comprising matrix is electrically conductive at least because carbon is an electrically conductive material. *See* ’215 Patent (Exhibit 9) at 6:44-47, 11:3-7.<br><br>The carbon-comprising matrix thus maintains continuous electrical conductivity in the matrix illustrated below. |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | <br><br><br>*See* Exhibit 22.<br><br>The carbon material within the porous scaffolding matrix electrically interconnects the silicon (active material) permitting an anode containing Carbon One CI-SC(1800) to store and release charge. Without such an electrical interconnection a battery employing such anode would not be operable.<br><br>Accordingly, Carbon One CI-SC(1800) is a battery anode electrode composition comprising a composite particle comprising a porous scaffolding matrix wherein the porous scaffolding matrix electrically interconnects the Si-comprising active material. |

| Claims | Carbon One CI-SC(1800) |
|---|---|
| 14[pre] A method of fabricating a battery anode electrode composition comprising a composite particle, the method comprising: | Carbon One CI-SC(1800) is manufactured using a method of fabricating a battery anode electrode composition comprising a composite particle.<br><br>As discussed above with respect to claim 1, the anode material in Carbon One CI-SC(1800) is a battery anode electrode composition comprising a composite particle. *See* claim elements 1[pre] and 1[a].<br><br>Accordingly, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured outside of the United States. |
| 14[a] forming a porous scaffolding matrix comprising a monolithic particle within which Si-comprising active material is at least partially disposed, | A method of manufacturing Carbon One CI-SC(1800) includes forming a porous scaffolding matrix comprising a monolithic particle within which Si-comprising active material is at least partially disposed.<br><br>As discussed above with respect to claim 1, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) comprises a porous scaffolding matrix comprising a monolithic particle within which Si-comprising active material is at least partially disposed. *See* claim elements 1[b] and 1[c].<br><br>Accordingly, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured using a method that includes forming a porous scaffolding matrix comprising a monolithic particle within which Si-comprising active material is at least partially disposed. |
| 14[b] wherein the Si-comprising active material is electrochemically reactive with metal ions during battery operation, and | A method of manufacturing Carbon One CI-SC(1800) includes the Si-comprising active material that is electrochemically reactive with metal ions during battery operation.<br><br>As discussed above with respect to claim 1, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) comprises Si-comprising active material that is electrochemically reactive with metal ions during battery operation. *See* claim element 1[b]. |

| Claims | Carbon One CI-SC(1800) |
| --- | --- |
| | Accordingly, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured using a method that includes providing Si-comprising active material that is electrochemically reactive with metal ions during battery operation. |
| 14[c] wherein the porous scaffolding matrix electrically interconnects the Si-comprising active material. | A method of manufacturing Carbon One CI-SC(1800) includes the porous scaffolding matrix that electrically interconnects the Si-comprising active material.<br><br>As discussed above with respect to claim 1, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) comprises a porous scaffolding matrix wherein the porous scaffolding matrix electrically interconnects the Si-comprising active material. *See* claim element 1[d].<br><br>Accordingly, the battery anode electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured using a method that includes forming a porous scaffolding matrix that electrically interconnects the Si-comprising active material. |