# Exhibit 17

(Carbon One SC 1800Z Claim Chart re 624 Patent)

## Infringement Chart for U.S. Patent No. 11,942,624 Against
## Carbon One CI-SC(1800)

Carbon One CI-SC(1800) silicon-carbon anode product, which is also referred to by Carbon One as SC 1800Z, is manufactured by Carbon One and their affiliates.  As discussed in the Complaint, Carbon One CI-SC(1800) has been imported into the United States. As set forth below, Carbon One CI-SC(1800) infringes, literally and/or under the doctrine of equivalents, the claims of U.S. Patent No. 11,942,624 (the "'624 Patent").

The following chart applies independent claims 1 and 25 of the '624 Patent to Carbon One CI-SC(1800).  Sila's investigation is ongoing, and Sila expects additional evidence of infringement will be located with the benefit of discovery provided by an investigation.

| Claims | Carbon One CI-SC(1800) |
|---|---|
| 1[pre]    A    battery    electrode composition, comprising: | Carbon One CI-SC(1800) is a battery electrode composition manufactured by Carbon One and their affiliates.<br><br>Carbon One CI-SC(1800) is a silicon carbon anode material "resulting in excellent performance of silicon carbon batteries." |

Exhibit 17 – Page 1

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | <br><br>*See* Exhibit 19.<br><br>The specifications of Carbon One CI-SC(1800) are noted as follows: |

Exhibit 17 – Page 2

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 19.<br><br>Samples of Carbon One CI-SC(1800) (i.e., SC 1800Z) were imported from China.  A photograph of the packaged samples is shown below: |

Exhibit 17 – Page 3

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |  *See* Exhibit 2. A product inspection report Carbon One CI-SC(1800), provided by Carbon One, is shown below: |

Exhibit 17 – Page 4

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  |  *See* Exhibit 2. |

Exhibit 17 – Page 5

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | As noted above, Carbon One CI-SC(1800) is a silicon-carbon anode material. It is well known that anode materials are for use in battery electrodes (*i.e.*, anodes) and thus are battery electrode compositions.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(1800) is a battery electrode composition. |
| 1[a] a composite particle, comprising: | Carbon One CI-SC(1800) includes a composite particle.<br><br>Sila conducted several tests and analyses of the anode material referenced above to determine its properties.<br><br>This anode material was analyzed using Scanning Electron Microscopy (SEM)[1], Scanning Transmission Electron Microscopy (STEM)[2] and Energy Dispersive X-ray Spectroscopy (EDX)[3], as depicted below.<br><br>A cross-sectional SEM image of Carbon One CI-SC(1800) is shown below. |

[1] All SEM images referenced in this claim chart can be found in Exhibit 20, which is a collection of SEM images of Carbon One CI-SC(1800).

[2] All STEM images and analysis results referenced in this claim chart can be found in Exhibit 21, which is a collection of STEM images and analysis results of Carbon One CI-SC(1800).

[3] All EDX images and analysis results referenced in this claim chart can be found in Exhibit 22, which is a collection of EDX images and analysis results of Carbon One CI-SC(1800).

Exhibit 17 – Page 6

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 20.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis shows material composition of Carbon One SC 1800Z. |

Exhibit 17 – Page 7

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross- sectioned region shown below. |

Exhibit 17 – Page 8

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |  See Exhibit 22. A composite EDX mapping of this cross-sectioned region is shown below. |

Exhibit 17 – Page 9

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |

Area 1 - Live Map 1 ROI1 Overlay on Image

*See* Exhibit 22.

SEM-EDX analysis of this anode material shows the presence of composite particles, specifically composite Si-C particles, for each of the selected areas (1 through 12). |

Exhibit 17 – Page 10

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | |

*See* Exhibit 22.

The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above.

Exhibit 17 – Page 11

| Claims | Carbon One CI-SC(1800) | | | |
|---|---|---|---|---|
| | Selected Area | C wt. % | O wt. % | Si wt. % | Description |
| | 1 | 71.1 | 3.6 | 25.2 | Composite particle |
| | 2 | 67.2 | 2.6 | 30.1 | Composite particle |
| | 3 | 61.9 | 1.8 | 36.2 | Composite particle |
| | 4 | 65.8 | 2.9 | 31.1 | Composite particle |
| | 5 | 75.5 | 0.7 | 23.8 | Composite particle |
| | 6 | 80.2 | 0.5 | 19.1 | Composite particle |
| | 7 | 74.0 | 1.0 | 25.1 | Composite particle |
| | 8 | 71.5 | 0.8 | 27.4 | Composite particle |
| | 9 | 54.3 | 2.8 | 43.0 | Composite particle |
| | 10 | 50.0 | 3.1 | 46.8 | Composite particle |
| | 11 | 71.1 | 2.0 | 26.8 | Composite particle |

Exhibit 17 – Page 12

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | <table><tr><td>12</td><td>67.9</td><td>0.7</td><td>31.4</td><td>Composite particle</td></tr></table> *See* Exhibit 22. Accordingly, as demonstrated above, Carbon One CI-SC(1800) is a battery electrode composition comprising a composite particle. |
| 1[b] active material that is electrochemically reactive with metal ions during battery operation; and | Carbon One CI-SC(1800) includes active material that is electrochemically reactive with metal ions during battery operation. As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of this anode material shows the presence of composite Si-C particles comprising Si, C, and O. The Si mass fraction is estimated to range from approximately 19 wt. % to approximately 47 wt. %. Si is an active material that is electrochemically reactive with lithium (metal) ions during the operation of a lithium-ion battery. *See* '624 Patent (Exhibit 10) at 5:2-14; 5:47-49 and 10:29-34. Accordingly, Carbon One CI-SC(1800) is a battery electrode composition comprising a composite particle comprising an active material that is electrochemically reactive with metal ions during battery operation. |
| 1[c] a porous scaffolding matrix comprising a monolithic particle within which the active material is at least partially disposed, | Carbon One CI-SC(1800) includes a porous scaffolding matrix comprising a monolithic particle within which the active material is at least partially disposed. As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of this anode material shows the presence of composite Si-C particles comprising Si, C, and O. The C mass fraction is estimated to range from approximately 50 wt. % to approximately 80 wt. %. The Si mass |

Exhibit 17 – Page 13

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | fraction (as estimated by SEM-EDX) of the Si-C composite particles ranges from approximately 19 wt. % to approximately 47 wt. %.  This Si is the active material.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below.<br><br><br><br>*See* Exhibit 22. |

Exhibit 17 – Page 14

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | Each of the Selected Areas 1-12 corresponds to a Si-C composite particle. *See also* claim element 1[a].<br><br>The Si EDX mapping for this cross-sectioned region is shown below.<br><br><br><br>*See* Exhibit 22.<br><br>The Si EDX mapping shows that the Si is distributed throughout the interior of the composite particles.<br><br>The C mapping of this cross-sectioned region is below. |

Exhibit 17 – Page 15

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | <br><br>*See* Exhibit 22.<br><br>The C is distributed throughout the composite particles and forms the scaffolding matrix. *See* '624 Patent (Exhibit 10) at 6:28-30; 6:41-42; and 7:3-52.<br><br>Carbon One discloses that Carbon One CI-SC(1800) comprises a product that "uses porous carbon materials as the framework structure, combined with vapor deposition technology, to form nano-sub-nano sized silicon particles." |

Exhibit 17 – Page 16

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 19.<br><br>Accordingly, the scaffolding matrix is a porous scaffolding matrix.<br><br>A focused ion beam (FIB) cross-sectioning method was employed to cut a lamella from a Si-C composite particle.  A front view of the entire lamella imaged using scanning transmission electron microscopy (STEM) is shown below.  A region where TEM-EDX (TEM-EDS) analysis was carried out is marked with an orange rectangle. |

Exhibit 17 – Page 17

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibits 21 and 22.<br><br>TEM-EDX (TEM-EDS) was carried out in this marked region, and the Si mapping is shown below. |

Exhibit 17 – Page 18

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>The C mapping of the marked region is shown below. |

Exhibit 17 – Page 19

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | <br><br>*See* Exhibit 22.<br><br>From the SEM-EDX map illustrated above, it is known that silicon is distributed throughout the interior of the Si-C composite particles.  Accordingly, the Si and the C are distributed throughout the Si-C composite particles on a sub-50 nm scale, and the active material comprising Si is at least partially disposed in the scaffolding matrix.<br><br>Top-down SEM images of Carbon One CI-SC(1800), at increasing magnifications, are shown below. |

Exhibit 17 – Page 20

| Claims | Carbon One CI-SC(1800) |
|--------|------------------------|
|        |   |

Exhibit 17 – Page 21

| Claims | Carbon One CI-SC(1800) |
|--------|------------------------|
|        | |

Exhibit 17 – Page 22

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | *See* Exhibit 20.<br><br>Cross-sectional SEM images of Carbon One CI-SC(1800), at increasing magnifications, are shown below. |

Exhibit 17 – Page 23

| Claims | Carbon One CI-SC(1800) |
|--------|------------------------|
|        |   |

Exhibit 17 – Page 24

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  |  |

Exhibit 17 – Page 25

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | *See* Exhibit 20. Based on the observed exterior shapes and the observed dense and homogeneous interior structure, on information and belief, each scaffolding matrix is a monolithic particle. Accordingly, Carbon One CI-SC(1800) is a battery electrode composition comprising a composite particle comprising a porous scaffolding matrix comprising a monolithic particle within which the active material is at least partially disposed. |
| 1[d] wherein the porous scaffolding matrix electrically interconnects the active material. | Carbon One CI-SC(1800) includes a porous scaffolding matrix that electrically interconnects the active material. |

Exhibit 17 – Page 26

| Claims | Carbon One CI-SC(1800) |
|---|---|
| | As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of the anode material shows the presence of composite Si-C particles comprising Si, C, and O.  The C mass fraction is estimated to range from approximately 50 wt. % to approximately 80 wt. %.<br><br>The C is distributed throughout the composite particles and forms the scaffolding matrix.  *See* '624 Patent (Exhibit 10) at 6:28-30; 6:41-42; and 7:3-52.<br><br>The carbon-comprising matrix is electrically conductive at least because carbon is an electrically conductive material.  *See* '624 Patent (Exhibit 10) at 6:41-44, 11:2-6.<br><br>The carbon comprising matrix thus maintains continuous electrical conductivity in the matrix illustrated below. |

Exhibit 17 – Page 27

| Claims | Carbon One CI-SC(1800) |
|---|---|
| |  |

See Exhibit 22.

The carbon material within the porous scaffolding matrix electrically interconnects the silicon (active material) permitting an anode containing Carbon One CI-SC(1800) to store and release charge. Without such an electrical interconnection a battery employing such anode would not be operable.

Accordingly, Carbon One CI-SC(1800) is a battery electrode composition comprising a composite particle comprising a porous scaffolding matrix wherein the porous scaffolding matrix electrically interconnects the active material.

Exhibit 17 – Page 28

| Claims | Carbon One CI-SC(1800) |
|---|---|
| 25[pre] A method of fabricating a battery electrode composition comprising a composite particle, the method comprising: | Carbon One CI-SC(1800) is manufactured by a method of fabricating a battery electrode composition comprising a composite particle.<br><br>As discussed above with respect to claim 1, Carbon One CI-SC(1800) is a battery electrode composition comprising a composite particle. *See* claim elements 1[pre] and 1[a].<br><br>Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured outside of the United States. |
| 25[a] forming a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed, | Carbon One CI-SC(1800) is manufactured by a method that includes forming a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed.<br><br>As discussed above with respect to claim 1, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) comprises a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed. *See* claim elements 1[b] and 1[c].<br><br>Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured using a method that includes forming a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed. |
| 25[b] wherein the active material is electrochemically reactive with metal ions during battery operation, and | Carbon One CI-SC(1800) is manufactured by a method using the active material that is electrochemically reactive with metal ions during battery operation.<br><br>As discussed above with respect to claim 1, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) comprises active material that is electrochemically reactive with metal ions during battery operation. *See* claim element 1[b]. |

Exhibit 17 – Page 29

| Claims | Carbon One CI-SC(1800) |
|---|---|
|  | Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured using a method that includes providing active material that is electrochemically reactive with metal ions during battery operation. |
| 25[c] wherein the porous scaffolding matrix electrically interconnects the active material. | Carbon One CI-SC(1800) is manufactured by a method wherein the porous scaffolding matrix electrically interconnects the active material.<br><br>As discussed above with respect to claim 1, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) comprises a porous scaffolding matrix wherein the porous scaffolding matrix electrically interconnects the active material.  *See* claim element 1[d].<br><br>Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(1800) was manufactured using a method that includes forming a porous scaffolding matrix that electrically interconnects the active material. |

Exhibit 17 – Page 30