# Exhibit 18

(Carbon One SC 2000Z Claim Chart re 624 Patent)

# Infringement Chart for U.S. Patent No. 11,942,624 Against Carbon One CI-SC(2000)

Carbon One CI-SC(2000), which is also referred to by Carbon One as SC 2000Z, is manufactured by Carbon One and their affiliates. As discussed in the Complaint, Carbon One CI-SC(2000) has been imported into the United States. As set forth below, Carbon One CI-SC(2000) infringes, literally and/or under the doctrine of equivalents, the claims of U.S. Patent No. 11,942,624 (the "'624 Patent").

The following chart applies independent claims 1 and 25 of the '624 Patent to Carbon One CI-SC(2000). Sila's investigation is ongoing, and Sila expects additional evidence of infringement will be located with the benefit of discovery provided by an investigation.

| Claims | Carbon One CI-SC(2000) |
|---|---|
| 1[pre] A battery electrode composition, comprising: | Carbon One CI-SC(2000) is a battery electrode composition manufactured by Carbon One and their affiliates.<br><br> |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | *See* Exhibit 23.<br><br>The specifications of Carbon One CI-SC(2000) are noted as follows: |

CONE 碳一 Home About Us Products Innovation Sustainable News Contact EN

## Product Technical Specifications

| C1-SC(2000) | 粒径 (Particle Size) D50 | 碳含量 (Carbon Content) | 比表面积 (SSA) | 比容量 (Specific Capacity) | 首次库伦效率 (ICE) |
|---|---|---|---|---|---|
| 单位 Unit | μm | % | $m^2/g$ | mAh/g | % |
| 规格 Specification | 7.5±1.0 | 48.0±2.0 | 3.0±2.0 | 2000±50@1.5V | ≥91.0 |

*See* Exhibit 23.

Samples of Carbon One CI-SC(2000) (i.e., SC 2000Z) were imported from China. A photograph of the packaged samples is shown below:

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br>*See* Exhibit 2.<br><br>A product inspection report of the anode material SC 2000Z, provided by Carbon One, is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | (see inspection report below) |

CONE 碳一
DEFINE THE FUTURE

碳一新能源集团有限责任公司
产品检验报告单
**Product inspection Report**

| 产品名称 Product Name | 产品型号 Product Model | 产品批号 Lot no. |
|---|---|---|
| 硅碳 | SC 2000Z | SC-251128-1 |
| 检验日期 Inspection Date | 检验标准 Inspection Standard | 重量 Weight |
| 2025.11.28 | National Standards GB/T 24533-2019 | 300 kg |

理化性能检测结果
Physio-chemical Properties Test Results

| 检测项目 Test Item | | 单位 Unit | 检测值 Test Result | 检测方法或设备 Test equipment or method |
|---|---|---|---|---|
| 粒度 Granularity | D10 | μm | 5.43 | 马尔文 Malvin MS3000 |
| | D50 | μm | 8.15 | |
| | D90 | μm | 11.9 | |
| 比表面积 Specific surface area | SSA | m²/g | 0.98 | 麦克 Micromeritics TriStar II 3020 Version 3.02 |
| 电阻率 Resistivity | RT | Ω-cm | 7.9 | 粉末电阻测试仪 ST2722-SZ |
| 硅含量 Silicon content | / | % | 52.14 | NETZSCH STA 449F5 |
| 电性能 Electrical performance | 0.1C 首次充电克容量 | mAh/g | 2037 | 扣电 Button Cell CR2016 (0.1C to 1.5v) |
| | 0.1C 首次效率 | % | 91.89 | |
| | 0.1C 首次充电克容量 | mAh/g | 1844 | 扣电 Button Cell CR2016 (0.1C to 0.8v) |
| | 0.1C 首次效率 | % | 83.17 | |
| | | | | |
| 结论 Conclusion | 合格，准予发货 Qualified and allowed for delivery. | | | |
| 检验 Checkout | 李建 | 审核 Examine | 周圣禹 | 批准 Ratify 蒋飞 |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | *See* Exhibit 2.<br><br>As noted above, Carbon One CI-SC(2000) is a silicon-carbon anode material. It is well known that anode materials are for use in battery electrodes (*i.e.*, anodes) and thus are battery electrode compositions.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(2000) is a battery electrode composition. |
| 1[a] a composite particle, comprising: | Carbon One CI-SC(2000) includes a composite particle.<br><br>Sila conducted several tests and analyses of the anode material referenced above to determine its properties.<br><br>This anode material was analyzed using Scanning Electron Microscopy (SEM)[1], Scanning Transmission Electron Microscopy (STEM)[2] and Energy Dispersive X-ray Spectroscopy (EDX)[3], as depicted below.<br><br>A cross-sectional SEM image of a sample of this anode material is shown below. |

[1] All SEM images referenced in this claim chart can be found in Exhibit 24, which is a collection of SEM images of Carbon One CI-SC(2000).

[2] All STEM images and analysis results referenced in this claim chart can be found in Exhibit 25, which is a collection of STEM images and analysis results of Carbon One CI-SC(2000).

[3] All EDX images and analysis results referenced in this claim chart can be found in Exhibit 26, which is a collection of EDX images and analysis results of Carbon One CI-SC(2000).

| Claims | Carbon One CI-SC(2000) |
|---|---|
| |   |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| |   |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br>*See* Exhibit 24.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis shows material composition of Carbon One SC 2000Z. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | <br>*See* Exhibit 26.<br><br>Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  <br>*See* Exhibit 26.<br>A composite EDX mapping of this cross-sectioned region is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br>*See* Exhibit 26.<br><br>SEM-EDX analysis of this anode material shows the presence of composite particles, specifically composite Si-C particles, for each of the selected areas (1 through 12). |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br><br>*See* Exhibit 26.<br><br>The table below shows the mass fractions for Carbon, Oxygen, and Silicon, as estimated by EDX, for each of the Selected Areas identified in the image above. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | (table below) |

| Selected Area | C wt. % | O wt. % | Si wt. % | Description |
|---|---|---|---|---|
| 1 | 53.5 | 2.3 | 44.2 | Composite particle |
| 2 | 69.3 | 1.5 | 29.1 | Composite particle |
| 3 | 57.4 | 4.6 | 38.0 | Composite particle |
| 4 | 86.0 | 0.8 | 13.2 | Composite particle (lower Si) |
| 5 | 87.2 | 1.5 | 11.3 | Composite particle (lower Si) |
| 6 | 63.6 | 3.6 | 32.7 | Composite particle |
| 7 | 87.3 | 2.3 | 10.4 | Composite particle (lower Si) |
| 8 | 95.1 | 1.0 | 3.9 | Composite particle (lower Si) |
| 9 | 64.3 | 2.8 | 32.8 | Composite particle |
| 10 | 57.3 | 2.6 | 40.1 | Composite particle |
| 11 | 77.0 | 2.2 | 20.6 | Composite particle |
| 12 | 75.1 | 2.3 | 22.6 | Composite particle |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | *See* Exhibit 26.<br><br>Accordingly, as demonstrated above, Carbon One CI-SC(2000) is a battery electrode composition comprising a composite particle. |
| 1[b] active material that is electrochemically reactive with metal ions during battery operation; and | Carbon One CI-SC(2000) includes active material that is electrochemically reactive with metal ions during battery operation.<br><br>As illustrated above (*see* claim element 1[a]) SEM-EDX analysis of this anode material shows the presence of composite Si-C particles comprising Si, C, and O. The Si mass fraction is estimated to range from approximately 4 wt. % to approximately 44 wt. %.<br><br>Si is an active material that is electrochemically reactive with lithium (metal) ions during the operation of a lithium-ion battery. *See* '624 Patent (Exhibit 10) at 5:2-14; 5:47-49 and 10:29-34.<br><br>Accordingly, Carbon One CI-SC(2000) is a battery electrode composition comprising a composite particle comprising an active material that is electrochemically reactive with metal ions during battery operation. |
| 1[c] a porous scaffolding matrix comprising a monolithic particle within which the active material is at least partially disposed, | Carbon One CI-SC(2000) includes a porous scaffolding matrix comprising a monolithic particle within which the active material is at least partially disposed.<br><br>As illustrated above (*see* claim element 1[a]) SEM-EDX analysis of this anode material shows the presence of composite Si-C particles comprising Si, C, and O. The C mass fraction is estimated to range from approximately 54 wt. % to approximately 95 wt. %. The Si mass fraction (as estimated by SEM-EDX) of the Si-C composite particles ranges from approximately 4 wt. % to approximately 44 wt. %. This Si is the active material. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | Energy dispersive x-ray spectroscopy (EDX) analysis was carried out in the cross-sectioned region shown below.<br><br><br><br>*See* Exhibit 26.<br><br>Each of the Selected Areas 1-12 corresponds to a Si-C composite particle. *See also* claim element 1[a].<br><br>The Si EDX mapping for this cross-sectioned region is shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | <br>*See* Exhibit 26.<br><br>The Si EDX mapping shows that the Si is distributed throughout the interior of the composite particles.<br><br>The C mapping of this cross-sectioned region is below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | <br><br>*See* Exhibit 26.<br><br>The C is distributed throughout the composite particles and forms the scaffolding matrix. *See* '624 Patent (Exhibit 10) at 6:28-30; 6:41-42; and 7:3-52.<br><br>Carbon One discloses that Carbon One CI-SC(2000) comprises a product that is "[u]pgraded on the basis of C1-SC(1800), by adjusting the skeleton structure of porous carbon, upgrading the equipment structure, and using uniform vapor deposition technology, a silicon-based anode material with high capacity, high initial efficiency, and long cycle has been prepared." |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br>*See* Exhibit 23.<br><br>Accordingly, the scaffolding matrix is a porous scaffolding matrix.<br><br>A focused ion beam (FIB) cross-sectioning method was employed to cut a lamella from a Si-C composite particle. A front view of the entire lamella imaged using scanning transmission electron microscopy (STEM) is shown below. A region where TEM-EDX (TEM-EDS) analysis was carried out is marked with an orange rectangle. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  <br><br>*See* Exhibits 25 and 26.<br><br>TEM-EDX (TEM-EDS) was carried out in this marked region, and the Si mapping is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| |   *See* Exhibit 26.<br><br>The C mapping of the marked region is shown below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br><br>*See* Exhibit 26.<br><br>From the SEM-EDX map illustrated above, it is known that silicon is distributed throughout the interior of the Si-C composite particles. Accordingly, the Si and the C are distributed throughout the Si-C composite particles on a sub-50 nm scale, and the active material comprising Si is at least partially disposed in the scaffolding matrix.<br><br>Top-down SEM images of a sample of this anode material, at increasing magnifications, are shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br>*See* Exhibit 26.<br><br>Cross-sectional SEM images of a sample of this anode material, at increasing magnifications, are shown below. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| |  |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| |  |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| | <br><br>*See* Exhibit 24.<br><br>Based on the observed exterior shapes and the observed dense interior structure, on information and belief, each scaffolding matrix is a monolithic particle.<br><br>Furthermore, the cross-sectional SEM images illustrate the existence of pores inside the composite particles. This supports the finding that the scaffolding matrix is porous.<br><br>Accordingly, Carbon One CI-SC(2000) is a battery electrode composition comprising a composite particle comprising a porous scaffolding matrix comprising a monolithic particle within which the active material is at least partially disposed. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| 1[d] wherein the porous scaffolding matrix electrically interconnects the active material. | Carbon One CI-SC(2000) includes a porous scaffolding matrix that electrically interconnects the active material.<br><br>As illustrated above (*see* claim element 1[a]), SEM-EDX analysis of the anode material shows the presence of composite Si-C particles comprising Si, C, and O. The C mass fraction is estimated to range from approximately 54 wt. % to approximately 95 wt. %.<br><br>The C is distributed throughout the composite particles and forms the scaffolding matrix. *See* '624 Patent (Exhibit 10) at 6:28-30; 6:41-42; and 7:3-52.<br><br>The carbon-comprising matrix is electrically conductive at least because carbon is an electrically conductive material. *See* '624 Patent (Exhibit 10) at 6:41-44, 11:2-6.<br><br>The carbon comprising matrix thus maintains continuous electrical conductivity in the matrix illustrated below. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | <br><br>*See* Exhibit 26.<br><br>The carbon material within the porous scaffolding matrix electrically interconnects the silicon (active material) permitting an anode containing Carbon One CI-SC(2000) to store and release charge. Without such an electrical interconnection a battery employing such anode would not be operable.<br><br>Accordingly, Carbon One CI-SC(2000) is a battery electrode composition comprising a composite particle comprising a porous scaffolding matrix wherein the porous scaffolding matrix electrically interconnects the active material. |

| Claims | Carbon One CI-SC(2000) |
| --- | --- |
| 25[pre] A method of fabricating a battery electrode composition comprising a composite particle, the method comprising: | Carbon One CI-SC(2000) is manufactured by a method of fabricating a battery electrode composition comprising a composite particle.<br><br>As discussed above with respect to claim 1, Carbon One CI-SC(2000) is a battery electrode composition comprising a composite particle. *See* claim elements 1[pre] and 1[a].<br><br>Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) was manufactured outside of the United States. |
| 25[a] forming a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed, | Carbon One CI-SC(2000) is manufactured by a method that includes forming a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed.<br><br>As discussed above with respect to claim 1, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) comprises a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed. *See* claim elements 1[b] and 1[c].<br><br>Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) was manufactured using a method that includes forming a porous scaffolding matrix comprising a monolithic particle within which active material is at least partially disposed. |
| 25[b] wherein the active material is electrochemically reactive with metal ions during battery operation, and | Carbon One CI-SC(2000) is manufactured by a method using the active material that is electrochemically reactive with metal ions during battery operation.<br><br>As discussed above with respect to claim 1, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) comprises active material that is electrochemically reactive with metal ions during battery operation. *See* claim element 1[b]. |

| Claims | Carbon One CI-SC(2000) |
|---|---|
| | Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) was manufactured using a method that includes providing active material that is electrochemically reactive with metal ions during battery operation. |
| 25[c] wherein the porous scaffolding matrix electrically interconnects the active material. | Carbon One CI-SC(2000) is manufactured by a method wherein the porous scaffolding matrix electrically interconnects the active material.<br><br>As discussed above with respect to claim 1, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) comprises a porous scaffolding matrix wherein the porous scaffolding matrix electrically interconnects the active material. *See* claim element 1[d].<br><br>Accordingly, the battery electrode composition comprising a composite particle found in Carbon One CI-SC(2000) was manufactured using a method that includes forming a porous scaffolding matrix that electrically interconnects the active material. |